IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05CR249-W |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| WILLIAM C. KILPATRICK | ) | INFORMATION |
| | ) | |
| | ) | |

The United States Attorney charges that:

## COUNT I

On or about the 11th of March 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, WILLIAM C. KILPATRICK, did knowingly steal, purloin, conceal and retain, with intent to convert to his use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: one (1) Playstation 2 video game, in violation of Title 18, Section 641, United States Code.

## COUNT II

On or about the 3rd of May 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, WILLIAM C. KILPATRICK, did knowingly steal, purloin, conceal and retain, with intent to convert to his use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: one (1) Playstation 2 video game, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


SEAN P. TARANTINO
SPECIAL ASSISTANT U.S. ATTORNEY
IL BAR NO. 6279909
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | )   AFFIDAVIT |
| DALE COUNTY | ) |

The undersigned, being duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. Investigation revealed that on the 11th of March 2005, at approximately 12:48 pm, WILLIAM C. KILPATRICK stole one (1) video game from the Fort Rucker Main Post Exchange (PX), Fort Rucker, Alabama; and, on the 3rd of May 2005, at approximately 12:25 pm, WILLIAM C. KILPATRICK stole one (1) Playstation 2 video game from the same building. On March 11, 2005, WILLIAM C. KILPATRICK was observed via electronic video surveillance concealing a Playstation 2 video game in his pants and exiting the facility without rendering proper payment for the video game. He left in his vehicle and was unable to be detained. On May 3, 2005, WILLIAM C. KILPATRICK was observed by a store detective concealing a Playstation 2 video game in his pants. He then exited the PX without rendering proper payment for the video game. WILLIAM C. KILPATRICK was apprehended, taken to the MP station, advised of his rights, which he waived, admitting to the offense of May 3, 2005. He was further processed and released. After further investigation, he was summoned back to the office on May 6, 2005, waived his rights, and also admitted to the offense of March 11, 2005.

KRISTY ARMSTRONG
SSG, MP
U.S. Army

Subscribed and sworn (or affirmed) before me this, the 9TH day of SEPTEMBER 2005.

NOTARY PUBLIC
My commission expires: