| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 8, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: (10:45 - 10:47) |
| | Tape #5059 1729 - 1744 |

❏ **ARRAIGNMENT**　　❏ **CHANGE OF PLEA**　　❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**　　❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker　　**DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:05cr249-W　　**DEFENDANT NAME:** William C. Kilpatrick (No Appearance)
**AUSA:** Sean Tarantino　　**DEFENDANT ATTORNEY:**
　　Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
　　( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( ✓ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed.**　　ORAL MOTION for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**　　❏ **Not Guilty**
　　　　❏ **Guilty as to:**
　　　　　　❏ **Count(s):**
　　　　　　❏ **Count(s):**　　　　　❏ dismissed on oral motion of USA
　　　　　　　　　　　　　　　　　　❏ to be dismissed at sentencing
❏ Written plea agreement filed　❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** _____.
❏ **CRIMINAL TERM:**　　❏ WAIVER OF SPEEDY TRIAL filed.
　　　　**DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
　　　　❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
　　　　❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:　❏ Waiver of Conflict of Interest Form executed
　　　　❏ Defendant requests time to secure new counsel
** Government's ORAL MOTION to continue arraignment. Court's ORAL ORDER granting motion.